IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| DERRICK ELLIS, | ) |
| | ) |
| Plaintiff, | ) No. 1:14-cv-00002 |
| | ) Senior Judge Haynes |
| v. | ) |
| | ) |
| CORRECTIONS CORPORATION OF | ) |
| AMERICA, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 62) that this action be dismissed without prejudice for failure to prosecute and to obey Court orders.

Plaintiff has not filed any response in the time provided. Accordingly, the Court **ADOPTS** the Report and Recommendation.

In addition, the copies of the Order of Recusal mailed to Plaintiff were returned as "Undeliverable." (Docket Entry Nos. 65 and 66). Under Fed. R. Civ. P. 5(b), service is effective upon mailing to the party's last known address. It is a party's responsibility to inform the Court of his address so as to enable the Court to inform all parties of matters arising in the litigation. Downs v. Pyburn, No. 3:87-0471 (M.D. Tenn. Order filed September 4, 1987). Plaintiff has failed to inform the Court of his new address or refused to claim mailings from the Court, and the Court is unable to conduct the necessary proceedings in this action.

Accordingly, this action is **DISMISSED without prejudice**. Any appeal of this Order would not be in good faith as required by 28 U.S.C. § 1915(a)(3).

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 27th day of February, 2015.

_____
William J. Haynes, Jr.
Senior United States District Judge